AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. Sec. 922(g)(1) - Felon in Possession of Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
No more than 10 years imprisonment; no more than $250,000 fine; no more than 3 years supervised release; and $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ MICHAEL GALATHE

DISTRICT COURT NUMBER

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

0501

---- DEFENDANT ----

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☑ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   William Frentzen

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges        ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

UNITED STATES OF AMERICA,

V.

CR 08 0501

MICHAEL GALATHE

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

---

A true bill.

_____
Foreman

Filed in open court this 29th day of July 2008.

**Brenda Tolbert**
Clerk

Bail, $ _____

NO BAIL ARREST WARRANT

Maria Elena James
United States Magistrate Judge

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08   0501

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. |
| v. | |
| MICHAEL GALATHE, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:

On or about June 24, 2008, in the Northern District of California, the defendant,

MICHAEL GALATHE,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, described as: thirty "CBC" .30 carbine caliber rounds, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1 | DATED:                                A TRUE BILL.

2 |     7/29/08

3 |                                       _____
                                           FOREPERSON

5 | JOSEPH P. RUSSONIELLO
    United States Attorney

8 | _____
    JAMES T. CHOU
    Chief, Organized Crime Strike Force

11 | (Approved as to form: _____
                            AUSA William Frentzen

INDICTMENT                             2