**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.   CR 08-0501  MHP              Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- MICHAEL GALATHE (c):

Attorneys:   Plf: William Franzen
             Dft: Maitreya Badoni for Ellen Leonida

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Garule

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 10/6/2008 at 10:00 am for further status; Excludable time found re continuity of counsel, effective preparation of counsel; Govt to submit order.