1  Ellen Leonida
   CA State Bar No. 184194
2  BADAMI & LEONIDA
   510 7th Street
3  San Francisco, CA  94103
   Tel. (415) 865-0321
4  Fax  (415) 865-0331

5  Attorney for
   MICHAEL GALATHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | **Case No. CR 08 0501 MHP** |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| MICHAEL GALATHE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have agreed to a disposition in the above matter and are requesting that the case be calendared for change of plea on December 10, 2008 at 2:30 (2:00) p.m., the date and time currently set for a pre-trial conference. The parties are further requesting, in light of the change of plea, that the trial date of December 17, 2008 be vacated.

IT IS SO STIPULATED.

DATED: December 2, 2008          /s/ Ellen Leonida
                                 ELLEN LEONIDA
                                 Attorney for Defendant
                                 Michael Galathe


DATED: December 2, 2008          /s/ William Frentzen
                                 WILLIAM FRENTZEN
                                 Assistant United States Attorney

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION
10
11
12  THE UNITED STATES OF AMERICA,                )   **Case No. CR 08 0501 MHP**
                                                 )
13            Plaintiff,                         )
                                                 )   [PROPOSED] ORDER
14      vs.                                      )
                                                 )
15  MICHAEL GALATHE,                             )
                                                 )
16            Defendant.                         )
                                                 )
17
18  UPON STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, this
                                                        2:00
19  Court orders this matter on calendar on December 10, 2008, at 2:30 p.m., for change of plea.
20
21
22  IT IS SO ORDERED.
23
24
25  Dated: 12/9/2008

IT IS SO ORDERED
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel